Submitted on record and briefs March 8, appeal dismissed April 14, 1999

RONALD NOEL FIGURSKI,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(97C-10487; CA A100195)

978 P2d 453

Jay Edwards filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Appeal dismissed. *Barnes v. Thompson*, 159 Or App 383, 977 P2d 431 (1999).